tratrix, etc., against the Lake Shore & Michigan Southern Railway Company. No opinion. Judgment affirmed, with costs.

LOUIS, Respondent, v. WITKOSKI, Appellant. (Supreme Court, Appellate Division, First Department. June 19, 1903.) Action by Charles H. Louis against Isaac M. Witkoski. A. G. Bowen, for appellant. C. S. Cohn, for respondent. No opinion. Judgment and order affirmed, with costs.

LUNDINE, Appellant, v. CALLAGHAN, Respondent. (Supreme Court, Appellate Division, Second Department. June 12, 1903.) Action by Charles A. Lundine against Alexander J. A. Callaghan. No opinion. Motion denied.

LYON et al., Respondents, v. WILCOX, Appellant. (Supreme Court, Appellate Division, Second Department. June 19, 1903.) Action by John W. Lyon and Frank Lybolt against Ransom Wilcox. No opinion. Judgment of the County Court of Orange County affirmed, with costs.

McCARTHY, Respondent, v. RITCH et al., Appellants. (Supreme Court, Appellate Division, Second Department. May 28, 1903.) Action by William J. McCarthy against William Thomas Ritch and others. No opinion. Order affirmed, with $10 costs and disbursements.

McDONOUGH, Respondent, v. THIRD AVE. R. CO., Appellant. (Supreme Court, Appellate Division, First Department. June 19, 1903.) Action by Mary McDonough against the Third Avenue Railroad Company. C. F. Brown, for appellant. N. Smith, for respondent. No opinion. Judgment and order affirmed, with costs.

McGEE, Appellant, v. BARBER ASPHALT PAVING CO., Respondent. (Supreme Court, Appellate Division, Second Department. June 12, 1903.) Action by Catherine McGee, as administratrix, etc., against the Barber Asphalt Paving Company.

PER CURIAM. Judgment affirmed, with costs.

HIRSCHBERG and HOOKER, JJ., dissent.

McGRATH, Appellant, v. EQUITABLE LIFE INS. CO., Respondent. (Supreme Court, Appellate Division, First Department. May 8, 1903.) Action by John J. McGrath against the Equitable Life Insurance Company. R. J. Moses, for appellant. C. B. Alexander, for respondent.

PER CURIAM. Judgment and order affirmed, with costs.

LAUGHLIN, J., dissents.

McILVAINE v. STEINSON. (Supreme Court, Appellate Division, First Department. June 5, 1903.) Action by Tompkins McIlvaine against George Steinson. No opinion. Motion denied.

McILVAINE v. STEINSON. (Supreme Court, Appellate Division, First Department. June 12, 1903.) Action by Tompkins McIlvaine against George Steinson. No opinion. Motion denied, on payment of $10 costs.

McKEE LAND & IMPROVEMENT CO. OF ROCHESTER, Appellant, v. WILLIAMS, City Treasurer, Respondent. (Supreme Court. Appellate Division, Fourth Department. June 2, 1903.) Action by the McKee Land & Improvement Company of Rochester against Samuel B. Williams, treasurer of the city of· Rochester, etc. No opinion. Order affirmed, with costs.

McKESSON et al. v. RUSSIAN CO. (Supreme Court, Appellate Division, First Department. June 5, 1903.) Action by John McKesson and another against the Russian Company. No opinion. Leave granted to appellant to take the record off the files and apply to the court below for correction.

McKIBBEN, Appellant, v. HOWE et al., Respondents. (Supreme Court, Appellate Division, Fourth Department. June 2, 1903.) Action by Isaiah McKibben against J. Henry Howe and another.

PER CURIAM. Order affirmed, with $10 costs and disbursements.

WILLIAMS, J., dissents.

MAGNOLIA METAL CO. v. DREW et al. (Supreme Court, Appellate Division, First Department. June 12, 1903.) Action by the Magnolia Metal Company against Edward E. Drew and others. No opinion. Motion denied.

MALONE, Respondent, v. STS. PETER & PAUL'S CHURCH, BROOKLYN, E. D. Appellant. (Supreme Court, Appellate Division, Second Department. June 19, 1903.) Action by Sylvester L. Malone, as administrator, etc., against the Sts. Peter & Paul's Church, Brooklyn, E. D. No opinion. Motion denied.

MARIANO, Respondent, v. DUFFY, Appellant. (Supreme Court, Appellate Division, Second Department. June 5, 1903.) Action by Peter Mariano against John C. Duffy. No opinion. Judgment of the Municipal Court affirmed by default, with costs.